IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

NATHANIEL F. HARBERT,

    Plaintiff,

v.

MR. P. McCONKEY, Correctional Officer,

    Defendant.

Case No. 2:18-cv-00145-YY

ORDER

YOU, Magistrate Judge.

    The Court GRANTS Plaintiff's alternative request to dismiss this case without prejudice which is contained in Plaintiff's "Motion for an Order to Place Case In Abeyance to Allow the PLRA Exhaustion Requirements" (ECF No. 30), and hereby DISMISSES this action. As such, the Court FINDS MOOT Defendants' Motion for Summary Judgment (ECF No. 25).

    IT IS SO ORDERED.

    DATED this 27th day of December, 2018.

    /s/ Youlee Yim You
    Youlee Yim You
    United States Magistrate Judge

1 - ORDER -